IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 5:24-CR-00048-MTT-CHW |
| v. | : | |
| JAMES FRANK AUSTIN, JR, | : | |
| Defendant. | : | |

### CHANGE OF PLEA

I, JAMES FRANK AUSTIN, JR, having been advised of my constitutional rights, and having had the charges herein stated to me, hereby withdraw my plea of not guilty previously entered, in the above stated case, and now plead guilty to Count One, Count Two, Count Three, Count Four & Count Five of the Indictment in open Court this _27_ day of _August_ 2025. I also acknowledge the fact that the Court is required to consider any applicable sentencing guidelines when imposing sentence in this case.

_____
JAMES FRANK AUSTIN, JR
DEFENDANT

_____
BRIAN JARRARD
ATTORNEY FOR DEFENDANT

_____
ELIZABETH HOWARD
ASSISTANT UNITED STATES ATTORNEY